FILED
DEC 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

A CERTIFIED TRUE COPY
ATTEST
By Denise Morgan-Stone on Dec 22, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 04, 2008

FILED
CLERK'S OFFICE

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                                    MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-36)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 791 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 22, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS  
LIABILITY LITIGATION

MDL No. 1842

## SCHEDULE CTO-36 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **ARKANSAS EASTERN** | | |
| ARE 4  08-3981 | Robert Smith v. Davol, Inc., et al. | CA 08-2658 |
| **KANSAS** | | |
| KS  2  08-2544 | Ramona Phelps v. Davol, Inc., et al. | CA 08-2659 |
| **MINNESOTA** | | |
| MN  0  08-5843 | Nona Ceney v. Davol, Inc., et al. | CA 08-2660 |
| MN  0  08-5882 | Margaret McBrain v. Davol, Inc., et al. | CA 08-2661 |
| **NEW JERSEY** | | |
| NJ  2  08-5343 | Dorla Rowland, et al. v. Davol, Inc., et al. | CA 08-2662 |
| **TEXAS EASTERN** | | |
| TXE  1  08-626 | Richard Shelton v. C.R. Bard, Inc., et al. | CA 08-2663 |
| TXE  1  08-627 | Lawrence Bradley, et al. v. C.R. Bard, Inc., et al. | CA 08-2664 |

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-36)

Scott A. George
SEEGER WEISS LLP
550 Broad Street
Suite 920
Newark, NJ 07102

Kirk J. Goza
GOZA & HONNOLD LLC
11500 Overbrook Road
Suite 250
Leawood, KS 66211

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H. Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Christopher T. Kirchmer
PROVOST & UMPHREY LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704-4905

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903-7109

Derek H. Potts
POTTS LAW FIRM LLC
908 Broadway
3rd Floor
Kansas City, MO 64105

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                              MDL No. 1842

### INVOLVED JUDGES LIST (CTO-36)

Hon. Michael James Davis
Chief Judge, U.S. District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Thad Heartfield
Chief Judge, U.S. District Court
212 Jack Brooks Federal Building & U.S. Courthouse
300 Willow Street
Beaumont, TX 77001

Hon. Faith S. Hochberg
U.S. District Judge
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. John W. Lungstrum
U.S. District Judge
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Susan Webber Wright
U.S. District Judge
522 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION**                                              MDL No. 1842

### INVOLVED CLERKS LIST (CTO-36)

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Timothy M. O'Brien, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

David J. Maland, Clerk
Jack Brooks Federal Building & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701